ABRAHAM, FRUCHTER
   & TWERSKY, LLP
IAN D. BERG   (Bar No. 263586)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 792-3448
Fax:   (858) 792-3449
*iberg@aftlaw.com*

*Counsel for Plaintiff
Michael Fruchter*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRUCHTER, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>CHINA MEDICINE CORPORATION, SENSHAN YANG, ROBERT LU, RICHARD P. WU, FRED W. CHEUNG, HUIZHEN YU, ROBERT ADLER, RACHEL GONG, YANFANG CHEN, and FRAZER, LLP,<br><br>             Defendants. | Case No. CV 11-01061-JST<br><br>DECLARATION OF IAN D. BERG IN SUPPORT OF THE MOTION OF MICHAEL FRUCHTER FOR CONSOLIDATION AND APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL<br><br>JUDGE JOSEPHINE S. TUCKER |
| RETO EGETER, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>CHINA MEDICINE CORPORATION, SENSHAN YANG, ROBERT LU, FRED W. CHEUNG, RICHARD P. WU, and HUIZHEN YU,<br><br>             Defendants. | Case No. CV 11-06510-JST |

DECLARATION OF IAN D. BERG
Case No. 11-01061-JST

I, Ian D. Berg, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am of counsel to the law firm of Abraham, Fruchter & Twersky, LLP, counsel for the proposed lead plaintiff Michael Fruchter ("Plaintiff"). I submit this declaration in support of Plaintiff's motion to consolidate the above-captioned actions, be appointed lead plaintiff and for approval of his selection of lead counsel.

2. Attached hereto as Exhibit A, is a true and correct copy of a press release published on July 18, 2011, on <u>Business Wire</u>, a well-known, national business-oriented publication, announcing the pendency of the lawsuit against Defendants.

3. Attached hereto as Exhibit B, is a true and correct copy of Plaintiff Fruchter's Certification, setting forth his transactions in China Medicine common stock from November 30, 2006 through March 23, 2011, inclusive.

4. Attached hereto as Exhibit C, is a chart setting forth Plaintiff Fruchter's opening balance of China Medicine shares held as of November 30, 2006 and his transactions in China Medicine common stock during the alleged class period and the ninety (90) days subsequent.

5. Attached hereto as Exhibit D, is a true and correct copy of the Abraham, Fruchter & Twersky, LLP Firm Biography.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of September, 2011, at San Diego, California.


*/s/ Ian D. Berg*
IAN D. BERG

DECLARATION OF IAN D. BERG                                                    -1-
Case No. 11-01061-JST