# EXHIBIT B

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Michael Fruchter ('Plaintiff') certifies as follows:

1. Plaintiff has reviewed the Complaint, authorized its filing and has retained Abraham Fruchter & Twersky, LLP to pursue this securities class action on its behalf and on behalf of the proposed class.

2. Plaintiff did not purchase or otherwise acquire the securities that are the subject of this action at the direction of Plaintiffs counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. All of Plaintiffs transactions in China Medicine Corporation ('China Medicine') securities during the proposed class period are attached as Exhibit A.

5. Plaintiff has not served nor sought to serve as a representative party on behalf of a class in any actions filed under the federal securities laws during the 3-year period preceding the date of this Certification.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of July, 2011.

_____
Michael Fruchter

ATTACHMENT A

| DATE | ACTION | AMOUNT | PRICE |
|---|---|---|---|
| November 7, 2007 | Buy | 8,000 | $3.39 |
| November 15, 2007 | Buy | 1,200 | $2.70 |
| November 16, 2007 | Buy | 8,800 | $2.53 |
| March 7, 2008 | Sell | 5,000 | $2.04 |
| March 17, 2008 | Sell | 1,000 | $1.85 |
| March 20, 2008 | Sell | 2,000 | $1.98 |