# EXHIBIT C

**TRANSACTIONS IN CHINA MEDICINE CORPORATION**
**FROM NOVEMBER 30, 2006 THROUGH JUNE 21, 2011**

Michael Fruchter
Opening Balance: 0 shares

| Date | Transaction | Qty | Price |
|---|---|---|---|
| 11/7/2007 | BUY | 8,000 | $ 3.39 |
| 11/15/2007 | BUY | 1,200 | $ 2.70 |
| 11/16/2007 | BUY | 8,800 | $ 2.53 |
| 3/7/2008 | SELL | 5,000 | $ 2.04 |
| 3/17/2008 | SELL | 1,000 | $ 1.85 |
| 3/20/2008 | SELL | 2,000 | $ 1.98 |